UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

ONE CHURCH STREET, RM B-110

MONTGOMERY, ALABAMA 36104

TREY GRANGER, CLERK OF COURT                                                                                               TELEPHONE (334) 954-3600

September 5, 2024

**Notice to Counsel – Pro Hac Vice Admission**

| | |
|---|---|
| Alexander Elson<br>alex@defendstudents.org<br>National Student Legal Defense Network<br>1701 Rhode Island Ave NW<br>Washington, DC 20036 | Anna Singleton<br>Chehardy, Sherman, Williams, Recile & Hayes, LLP<br>One Galleria Blvd<br>Suite 1100<br>Metaire, LA 70001 |
| Constance Van Kley<br>constance@vankleylaw.com<br>Van Kley Law PLLC<br>P.O. Box 451<br>Missoula, MT 59806 | Daniel A. Zibel<br>dan@defendstudents.org<br>National Student Legal Defense Network<br>1701 Rhode Island Ave NW<br>Washington, DC 20036 |
| Molly Danahy<br>Upper Seven Law<br>P.O. Box 31<br>Helena, MT 59624 | Rylee Sommers-Flanagan<br>rylee@uppersevenlaw.com<br>Upper Seven Law<br>P.O. Box 31<br>Helena, MT 59624 |

Re:    Clements v. Becerra et al
       Civil Action No.   2:24-cv-00567-RAH-SMD

Dear Counsel:

Our records reflect that you have not been admitted to practice in this Court.  This court requires that any attorney who is not a member of the Bar of this Court but who is admitted to practice before the United States District Court for the district in which such person resides or regularly practices law, may, upon request, be admitted pro hac vice by an order of the judge of this Court.  Any such attorney who appears as counsel by filing any pleading or paper in any case pending in this court must within ten (10) days thereafter apply for admission pro hac vice as set out herein, **or be admitted to this Court generally**.

Therefore, within the time limit set out above, you are required to petition the Judge that is assigned to this case, for admittance pro hac vice.  An original certificate of good standing from the U.S. District Court for the district in which you reside must be attached to your motion for admission pro hac vice.   There is a $100 fee for each pro hac vice admittance.

Pursuant to the General Order 2:04-mc-3164 issued by this court, CM/ECF Electronic

Noticing is mandatory for all attorneys who practice in this Court.  The Mandatory Attorney Data Update and Registration form you will need to complete can be found in electronic form on our website at www.almd.uscourts.gov under the CM/ECF link.

TREY GRANGER, CLERK OF COURT