KENNETH J. RIEMER
RIEMER LAW LLC
2153 Airport Boulevard
Mobile, AL 36606
  (251) 432-9212
  kjr@Riemer-Law.com

Constance Van Kley*
  Van Kley Law PLLC
  P.O. Box 451
  Missoula, MT 59806
  (605) 517-0673
  constance@vankleylaw.com

Rylee Sommers-Flanagan*
Molly Danahy*
  Upper Seven Law
  P.O. Box 31
  Helena, MT 59624
  (406) 396-3373
  rylee@uppersevenlaw.com

Daniel A. Zibel*
Alexander S. Elson*
  National Student Legal Defense
  Network
  1701 Rhode Island Ave NW
  Washington D.C. 20036
  (202) 734-7495
  dan@defendstudents.org
  alex@defendstudents.org

Anna M. Singleton*
  Chehardy, Sherman, Williams,
  Recile & Hayes, LLP
  One Galleria Blve. Ste. 1100
  Metairie, LA 70001

*Attorneys for Plaintiff*
**Pro hac vice forthcoming and/or pending.*

## UNITED STATES DISTRICT COURT,
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| HALEY CLEMENTS,<br><br>                *Plaintiff*,<br><br>vs.<br><br>XAVIER BECERRA, as Secretary of the Department of Health & Human Services; the UNITED STATES DEPARTMENT OF HEALTH & HUMAN SERVICES, a federal department; CAROLE JOHNSON, as Administrator of the Health Resources & Services Administration; and the HEALTH RESOURCES & SERVICES ADMINISTRATION, a federal agency,<br><br>                *Defendants*. | No. 2:24-cv-00567-RAH-SMD<br><br>**Motion for Admission**<br>***Pro Hac Vice***<br>**of Daniel A. Zibel** |

*Motion for Admission Pro Hac Vice of Daniel A. Zibel*

Pursuant to Middle District of Alabama Local Rule 83.1(b), I declare that the following facts are true to the best of my knowledge, information, and belief:

1. My full name is Daniel A. Zibel. I reside in Takoma Park, MD.

2. I practice at the following firm:

   National Student Legal Defense Network
   1701 Rhode Island Ave NW
   Washington, DC 20036
   Telephone: (202) 734-7495

3. I am a member of the following bars: (1) United States District Court for the District of Columbia (2006); (2) United States Supreme Court (2009); (3) United States Court of Appeals for the D.C. Circuit (2006); (4) United States Court of Appeals for the First Circuit (2019); (5) United States Court of Appeals for the Second Circuit (2014); (6) United States Court of Appeals for the Seventh Circuit (2018); (7) United States Court of Appeals for the Ninth Circuit (2009); (8) United States Court of Appeals for the Tenth Circuit; (9) United States Court of Appeals for the Eleventh Circuit (2018); (10) District of Columbia Court of Appeals (2005); and (11) Massachusetts Supreme Judicial Court (2004, Inactive).

4. I am in good standing in all state and federal bars of which I am a member.

5. A current certificate of good standing from the United States District Court for the District of Columbia is attached as **Exhibit 1**.

6. I have read the rules of this Court concerning admission of a visiting attorney, and I will abide by them

*Motion for Admission Pro Hac Vice of Daniel A. Zibel*

7. Based on the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter on behalf of Plaintiff Haley Clements.

Respectfully submitted this 9th day of September, 2024.

_____
Daniel A. Zibel
National Student Legal Defense Network
1701 Rhode Island Ave NW
Washington, DC 20036
Telephone: (202) 734-7495

*Motion for Admission Pro Hac Vice of Daniel A. Zibel*

## CERTIFICATE OF SERVICE

I hereby certify that served true and accurate copies of the foregoing motion upon the following by first-class mail:

Xavier Becerra, as Secretary of the Department of Health & Human Services
c/o General Counsel, Department of Health and Human Services
200 Independence Ave, S.W.
Washington, D.C. 20201

United States Department of Health & Human Services
c/o General Counsel, Department of Health and Human Services
200 Independence Ave, S.W
Washington, D.C. 20201

Carole Johnson, as Administrator of the Health Resources & Services Administration
c/o General Counsel, Department of Health and Human Services
200 Independence Ave, S.W.
Washington, D.C. 20201

Health Resources & Services Administration
c/o General Counsel, Department of Health and Human Services
200 Independence Ave, S.W.
Washington, D.C. 20201

Dated this 9th day of September, 2024

_____
Daniel A. Zibel

# EXHIBIT 1

 

# United States District & Bankruptcy Courts
# for the District of Columbia

CLERK'S OFFICE
333 Constitution Avenue, NW
Room 1225
Washington, DC  20001

---

I, **ANGELA D. CAESAR,** Clerk of the United States District Court for the District of Columbia, do hereby certify that:

### DANIEL   A.   ZIBEL

was, on the ____6th____ day of ____November____ A.D. ____2006____ admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this ____27th____ day of ____August____ A.D. ____2024____.



**ANGELA D. CAESAR,** Clerk of Courts

By: ____/s/ Angeles Brown____

**Deputy Clerk**