KENNETH J. RIEMER
RIEMER LAW LLC
2153 Airport Boulevard
Mobile, AL 36606
  (251) 432-9212
  kjr@Riemer-Law.com

Constance Van Kley*
  Van Kley Law PLLC
  P.O. Box 451
  Missoula, MT 59806
  (605) 517-0673
  constance@vankleylaw.com

Rylee Sommers-Flanagan*
Molly Danahy*
  Upper Seven Law
  P.O. Box 31
  Helena, MT 59624
  (406) 396-3373
  rylee@upersevenlaw.com

Daniel A. Zibel*
Alexander S. Elson*
  National Student Legal Defense
  Network
  1701 Rhode Island Ave NW
  Washington D.C. 20036
  (202) 734-7495
  dan@defendstudents.org
  alex@defendstudents.org

Anna M. Singleton*
  Chehardy, Sherman, Williams,
  Recile & Hayes, LLP
  One Galleria Blve. Ste. 1100
  Metairie, LA 70001

*Attorneys for Plaintiff*
*Pro hac vice forthcoming and/or
pending.*

## UNITED STATES DISTRICT COURT,
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| HALEY CLEMENTS,<br><br>          *Plaintiff,*<br><br>  vs.<br><br>XAVIER BECERRA, as Secretary of the Department of Health & Human Services; the UNITED STATES DEPARTMENT OF HEALTH & HUMAN SERVICES, a federal department; CAROLE JOHNSON, as Administrator of the Health Resources & Services Administration; and the HEALTH RESOURCES & SERVICES ADMINISTRATION, a federal agency,<br><br>          *Defendants.* | No. 2:24-cv-00567-RAH-SMD<br><br><br>**Motion for Admission**<br>***Pro Hac Vice***<br>**of Alexander S. Elson** |

Pursuant to Middle District of Alabama Local Rule 83.1(b), I declare that the following facts are true to the best of my knowledge, information, and belief:

1.      My full name is Alexander S. Elson.  I reside in Washington, DC.

2.      I practice at the following firm:

> National Student Legal Defense Network
> 1701 Rhode Island Ave NW
> Washington, DC 20036
> Telephone: (202) 734-7495

3.      I am a member of the following bars: (1) United States District Court for the District of Columbia (2019); (2) Washington, DC (2018); (3) New York (2010); and (4) United States District Courts for the Southern and Eastern Districts of New York (2010).

4.      I am in good standing in all state and federal bars of which I am a member.

5.      A current certificate of good standing from the United States District Court for the District of Columbia is attached as **Exhibit 1**.

6.      I have read the rules of this Court concerning admission of a visiting attorney, and I will abide by them

7.      Based on the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter on behalf of Plaintiff Haley Clements.

Respectfully submitted this 9th day of September, 2024.


_____
Alexander S. Elson
National Student Legal Defense Network
1701 Rhode Island Ave NW
Washington, DC 20036
Telephone: (202) 734-7495

## CERTIFICATE OF SERVICE

I hereby certify that served true and accurate copies of the foregoing motion

upon the following by first-class mail:

Xavier Becerra, as Secretary of the Department of Health & Human Services
c/o General Counsel, Department of Health and Human Services
200 Independence Ave, S.W.
Washington, D.C. 20201

United States Department of Health & Human Services
c/o General Counsel, Department of Health and Human Services
200 Independence Ave, S.W
Washington, D.C. 20201

Carole Johnson, as Administrator of the Health Resources & Services Administration
c/o General Counsel, Department of Health and Human Services
200 Independence Ave, S.W.
Washington, D.C. 20201

Health Resources & Services Administration
c/o General Counsel, Department of Health and Human Services
200 Independence Ave, S.W.
Washington, D.C. 20201


Dated this 9th day of September, 2024



_____
        Alexander S. Elson

# EXHIBIT 1

 

# United States District & Bankruptcy Courts
# for the District of Columbia
## CLERK'S OFFICE
333 Constitution Avenue, NW
Room 1225
Washington, DC  20001

---

I, **ANGELA D. CAESAR,** Clerk of the United States District Court

for the District of Columbia, do hereby certify that:

## ALEXANDER  S.  ELSON

was, on the ___4th___ day of ___March___ A.D. ___2019___ admitted  to

practice as an Attorney at Law at the Bar of this Court, and is, according to

the records of this Court, a member of said Bar in good standing.


In Testimony Whereof, I hereunto subscribe my name and affix the seal of

said Court in the City of Washington this ___27th___ day of ___August___

A.D. ___2024___.



**ANGELA D. CAESAR,** Clerk of Courts


By: _____/s/ Angeles Brown_____

**Deputy Clerk**