KENNETH J. RIEMER
RIEMER LAW LLC
2153 Airport Boulevard
Mobile, AL 36606
(251) 432-9212
kjr@Riemer-Law.com

Constance Van Kley*
 Van Kley Law PLLC
 P.O. Box 451
 Missoula, MT 59806
 (605) 517-0673
 constance@vankleylaw.com

Rylee Sommers-Flanagan*
Molly Danahy*
 Upper Seven Law
 P.O. Box 31
 Helena, MT 59624
 (406) 396-3373
 rylee@uppersevenlaw.com

Daniel A. Zibel*
Alexander S. Elson*
 National Student Legal Defense
 Network
 1701 Rhode Island Ave NW
 Washington D.C. 20036
 (202) 734-7495
 dan@defendstudents.org
 alex@defendstudents.org

Anna M. Singleton*
 Chehardy, Sherman, Williams,
 Recile & Hayes, LLP
 One Galleria Blve. Ste. 1100
 Metairie, LA 70001


*Attorneys for Plaintiff*
*\*Pro hac vice forthcoming*

UNITED STATES DISTRICT COURT,
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HALEY CLEMENTS,<br><br>      *Plaintiff,*<br><br>vs.<br><br>XAVIER BECERRA, as Secretary of the Department of Health & Human Services; the UNITED STATES DEPARTMENT OF HEALTH & HUMAN SERVICES, a federal department; CAROLE JOHNSON, as Administrator of the Health Resources & Services Administration; and the HEALTH RESOURCES & SERVICES ADMINISTRATION, a federal agency,<br><br>      *Defendants.* | No. 2:24-cv-00567-RAH-SMD<br><br>Motion for Admission<br>*Pro Hac Vice*<br>of Constance Van Kley |

Pursuant to Middle District of Alabama Local Rule 83.1(b), I declare that the following facts are true to the best of my knowledge, information, and belief:

1. My full name is Constance Grace Van Kley. I reside in Missoula, Montana.

2. I practice at the following firm:

   Van Kley Law PLLC
   PO Box 451
   Missoula, MT 59804
   constance@vankleylaw.com
   Telephone: (605) 517-0673

3. I am a member of the following bars: (1) Montana (2017); (2) District of Montana (2017); Ninth Circuit Court of Appeals (2018); and (4) United States Supreme Court (2022).

4. I am in good standing in all state and federal bars of which I am a member.

5. A current certificate of good standing from the District of Montana is attached as **Exhibit 1**.

6. I have read the rules of this Court concerning admission of a visiting attorney, and I will abide by them

7. Based on the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter on behalf of Plaintiff Haley Clements.

Respectfully submitted this 9th day of September, 2024.

_____
Constance Van Kley
Van Kley Law PLLC
P.O. Box 451
Missoula, MT
(605) 517-0673

## CERTIFICATE OF SERVICE

I hereby certify that served true and accurate copies of the foregoing motion upon the following by first-class mail:

Xavier Becerra, as Secretary of the Department of Health & Human Services
c/o General Counsel, Department of Health and Human Services
200 Independence Ave, S.W.
Washington, D.C. 20201

United States Department of Health & Human Services
c/o General Counsel, Department of Health and Human Services
200 Independence Ave, S.W
Washington, D.C. 20201

Carole Johnson, as Administrator of the Health Resources & Services Administration
c/o General Counsel, Department of Health and Human Services
200 Independence Ave, S.W.
Washington, D.C. 20201

Health Resources & Services Administration
c/o General Counsel, Department of Health and Human Services
200 Independence Ave, S.W.
Washington, D.C. 20201

Dated this 9th day of September, 2024

/s/ *Constance Van Kley*
Constance Van Kley
Van Kley Law PLLC

# Exhibit 1
Certificate of Good Standing

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
District of Montana

## CERTIFICATE OF GOOD STANDING

I, _____ Tyler P. Gilman _____, Clerk of this Court,

certify that _____ Constance Van Kley _____, Bar # _____ 50475027 _____,

was duly admitted to practice in this Court on _____ 09/14/2020 _____, and is in good standing as a member

of the Bar of this Court.

Dated at _____ Missoula, MT _____ on _____ 08/28/2024 _____
(Location)                                    (Date)

**TYLER P. GILMAN**
*CLERK*

*Sarah Nagy*
*DEPUTY CLERK*

