KENNETH J. RIEMER
RIEMER LAW LLC
2153 Airport Boulevard
Mobile, AL 36606
 (251) 432-9212
 kjr@Riemer-Law.com

Constance Van Kley*
 Van Kley Law PLLC
 P.O. Box 451
 Missoula, MT 59806
 (605) 517-0673
 constance@vankleylaw.com

Rylee Sommers-Flanagan*
Molly E. Danahy*
 Upper Seven Law
 P.O. Box 31
 Helena, MT 59624
 (406) 396-3373
 rylee@uppersevenlaw.com

Daniel A. Zibel*
Alexander S. Elson*
 National Student Legal Defense
 Network
 1701 Rhode Island Ave NW
 Washington D.C. 20036
 (202) 734-7495
 dan@defendstudents.org
 alex@defendstudents.org

Anna M. Singleton*
 Chehardy, Sherman, Williams,
 Recile & Hayes, LLP
 One Galleria Blve. Ste. 1100
 Metairie, LA 70001

*Attorneys for Plaintiff*
*Pro hac vice forthcoming*

UNITED STATES DISTRICT COURT,
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HALEY CLEMENTS,<br><br>                    *Plaintiff*,<br><br>vs.<br><br>XAVIER BECERRA, as Secretary of the Department of Health & Human Services; the UNITED STATES DEPARTMENT OF HEALTH & HUMAN SERVICES, a federal department; CAROLE JOHNSON, as Administrator of the Health Resources & Services Administration; and the HEALTH RESOURCES & SERVICES ADMINISTRATION, a federal agency,<br><br>                    *Defendants*. | No. 2:24-cv-00567-RAH-SMD<br><br>Motion for Admission<br>*Pro Hac Vice*<br>of Rylee Sommers-Flanagan |

Pursuant to Middle District of Alabama Local Rule 83.1(b), I declare that the following facts are true to the best of my knowledge, information, and belief:

1. My full name is Rylee Sommers-Flanagan. I reside in Helena, Montana.

2. I practice at the following firm:

   Upper Seven Law
   P.O. Box 31
   Helena, MT 59624
   Telephone: (406) 396-3373

3. I am a member of the following bars: (1) District of Columbia Court of Appeals (2019); (2) State Bar of Montana (2016); (3) United States Supreme Court (2022); (4) U.S. Court of Appeals for the Third Circuit (2024); (5) U.S. Court of Appeals for the Ninth Circuit (2017); (6) U.S. District Court for the District of Montana (2020); (7) U.S. District Court for the Southern District of New York (2019); (8) U.S. District Court for the District of Columbia (2019).

4. I am in good standing in all state and federal bars of which I am a member.

5. A current certificate of good standing from the United States District Court for the District of Montana is attached as **Exhibit 1**.

6. I have read the rules of this Court concerning admission of a visiting attorney, and I will abide by them.

7. Based on the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter on behalf of Plaintiff Haley Clements.

Respectfully submitted this 17th day of September, 2024.

*[signature]*

Rylee Sommers-Flanagan
Upper Seven Law
P.O. Box 31
Helena, MT
(406) 396-3373

## CERTIFICATE OF SERVICE

I hereby certify that I served true and accurate copies of the foregoing motion upon the following by first-class mail:

Xavier Becerra, as Secretary of the Department of Health & Human Services
c/o General Counsel, Department of Health and Human Services
200 Independence Ave, S.W.
Washington, D.C. 20201

United States Department of Health & Human Services
c/o General Counsel, Department of Health and Human Services
200 Independence Ave, S.W
Washington, D.C. 20201

Carole Johnson, as Administrator of the Health Resources & Services Administration
c/o General Counsel, Department of Health and Human Services
200 Independence Ave, S.W.
Washington, D.C. 20201

Health Resources & Services Administration
c/o General Counsel, Department of Health and Human Services
200 Independence Ave, S.W.
Washington, D.C. 20201

Dated this 17th day of September, 2024

_Rylee Sommers-Flanagan_
Upper Seven Law

# Exhibit 1

## Certificate of Good Standing from The U.S. District Court for The District of Montana

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
District of Montana

## CERTIFICATE OF GOOD STANDING

I, _____ Tyler P. Gilman _____, Clerk of this Court,

certify that _____ Rylee K Sommers-Flanagan _____, Bar # _____ 42343246 _____,

was duly admitted to practice in this Court on _____ 06/24/2020 _____, and is in good standing as a member

of the Bar of this Court.

Dated at _____ Missoula, MT _____ on _____ 08/28/2024 _____
                          *(Location)*                                    *(Date)*

**TYLER P. GILMAN**
*CLERK*

*Sarah Nagy*
*DEPUTY CLERK*

