KENNETH J. RIEMER
RIEMER LAW LLC
2153 Airport Boulevard
Mobile, AL 36606
  (251) 432-9212
  kjr@Riemer-Law.com

Constance Van Kley*
  Van Kley Law PLLC
  P.O. Box 451
  Missoula, MT 59806
  (605) 517-0673
  constance@vankleylaw.com

Rylee Sommers-Flanagan*
Molly Danahy*
  Upper Seven Law
  P.O. Box 31
  Helena, MT 59624
  (406) 396-3373
  rylee@uppersevenlaw.com

Daniel A. Zibel*
Alexander S. Elson*
  National Student Legal Defense
  Network
  1701 Rhode Island Ave NW
  Washington D.C. 20036
  (202) 734-7495
  dan@defendstudents.org
  alex@defendstudents.org

Anna M. Singleton*
  Chehardy, Sherman, Williams,
  Recile & Hayes, LLP
  One Galleria Blve. Ste. 1100
  Metairie, LA 70001
  (504) 833-5600
  asingleton@chehardy.com

*Attorneys for Plaintiff*
*\*Pro hac vice forthcoming*

UNITED STATES DISTRICT COURT,
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HALEY CLEMENTS,<br><br>                  *Plaintiff,*<br><br>vs.<br><br>XAVIER BECERRA, as Secretary of the Department of Health & Human Services; the UNITED STATES DEPARTMENT OF HEALTH & HUMAN SERVICES, a federal department; CAROLE JOHNSON, as Administrator of the Health Resources & Services Administration; and the HEALTH RESOURCES & SERVICES ADMINISTRATION, a federal agency,<br><br>                  *Defendants.* | No. 2:24-cv-00567-RAH-SMD<br><br>**Motion for Admission**<br>*Pro Hac Vice*<br>**of Anna Marie Singleton** |

Pursuant to Middle District of Alabama Local Rule 83.1(b), I declare that the following facts are true to the best of my knowledge, information, and belief:

1. My full name is Anna Marie Singleton. I reside in New Orleans, Louisiana.

2. I practice at the following firm:

   Chehardy, Sherman, Williams, Recile & Hayes, LLP
   One Galleria Boulevard, Suite 1100
   Metairie, Louisiana 70001
   Telephone: (504) 833-5600
   Email: asingleton@chehardy.com

3. I am a member of the following bars: (1) Louisiana (2021); (2) Eastern District of Louisiana (2021); Middle District of Louisiana (2024); and Fifth Circuit Court of Appeals (2021).

4. I am in good standing in all state and federal bars of which I am a member.

5. A current certificate of good standing from the United States District Court Middle District of Louisiana is attached as **Exhibit 1**.

6. I have read the rules of this Court concerning admission of a visiting attorney, and I will abide by them

7. Based on the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter on behalf of Plaintiff Haley Clements.

Respectfully submitted this 17[h] day of September, 2024.


/s/ Anna M. Singleton
Anna M. Singleton
Chehardy, Sherman, Williams, Recile & Hayes, LLP
One Galleria Boulevard, Ste. 1100
Metairie, La. 70001
(504) 833-5600

## CERTIFICATE OF SERVICE

I hereby certify that served true and accurate copies of the foregoing motion upon the following by first-class mail:

Xavier Becerra, as Secretary of the Department of Health & Human Services
c/o General Counsel, Department of Health and Human Services
200 Independence Ave, S.W.
Washington, D.C. 20201

United States Department of Health & Human Services
c/o General Counsel, Department of Health and Human Services
200 Independence Ave, S.W
Washington, D.C. 20201

Carole Johnson, as Administrator of the Health Resources & Services Administration
c/o General Counsel, Department of Health and Human Services
200 Independence Ave, S.W.
Washington, D.C. 20201

Health Resources & Services Administration
c/o General Counsel, Department of Health and Human Services
200 Independence Ave, S.W.
Washington, D.C. 20201


Dated this 17th day of September, 2024

/s/ *Anna M. Singleton*
Anna M. Singleton
Chehardy, Sherman, Williams, Recile & Hayes, LLP

# United States of America

# State of Louisiana

# Supreme Court of the State of Louisiana

I, VERONICA ODINET KOCLANES, Clerk of the Supreme Court of the State of Louisiana, do hereby certify that

*ANNA MARIE SINGLETON ESQ., #40050*

was duly admitted and licensed to practice as an attorney and counselor at law in this Court and the several courts of the State of Louisiana, on the 27th Day of October, 2021 A.D.; and is currently in good standing, and sufficiently qualified to perform the duties of an attorney and counselor at law.

IN WITNESS WHEREOF, I hereunto sign my name and affix the seal of this Court, at the City of New Orleans, this the 4th Day of September, 2024, A.D.

*Veronica Odinet Koclanes*
**Clerk of Court**
**Supreme Court of Louisiana**

Exhibit 1