KENNETH J. RIEMER
RIEMER LAW, LLC
2153 Airport Blvd.
Mobile, AL 36606
  (251) 432-9212
  kjr@Riemer-Law.com

Constance Van Kley*
  Van Kley Law, PLLC
  P.O. Box 451
  Missoula, MT 59806
  (605) 517-0673
  constance@vankleylaw.com

Rylee Sommers-Flanagan
Molly Danahy
  Upper Seven Law
  P.O. Box 31
  Helena, MT 59624
  (406) 396-3373
  rylee@uppersevenlaw.com

Daniel A. Zibel
Alexander S. Elson
  National Student Legal Defense Network
  1701 Rhode Island Ave., NW
  Washington, D.C. 20036
  (202) 734-7495
  dan@defendstudents.org
  alex@defendstudents.org

Anna M. Singleton
  Chehardy, Sherman, Williams,
  Recile & Hayes, LLP
  One Galleria Blvd., Ste. 1100
  Metairie, LA 70001

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT,**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| HALEY CLEMENTS, | |
|---|---|
| *Plaintiff*, | Case No. 2:24-CV-00567-RAH-SMD |

|  |  |
|---|---|
| vs.<br><br>XAVIER BECERRA, as Secretary of the Department of Health & Human Services; the UNITED STATES DEPARTMENT OF HEALTH & HUMAN SERVICES, a federal department; CAROLE JOHNSON, as Administrator of the Health Resources & Services Administration; and the HEALTH RESOURCES & SERVICES ADMINISTRATION, a federal agency,<br><br>*Defendants*. | **AFFIDAVIT OF SERVICE** |

## AFFIDAVIT OF SERVICE

I hereby declare that service of the complaint and summonses in the above-captioned litigation has taken place in the following manner:

1. On September 5, 2024, Riemer Law, LLC initiated the above-captioned matter on behalf of Plaintiff Haley Clements in the U.S. District Court for the Middle District of Alabama. On September 5, 2024, the Court issued signed summonses for service. On September 6, 2024, Riemer Law, LLC Paralegal, Lynn Giedlin, served the summonses and copies of the complaint on Defendant Xavier Becerra, as Secretary of the Department of Health & Human Services; Defendant Carole Johnson, as Administrator of the Health Resources & Services Administration; Defendant the Health Resources & Services Administration; and the U.S. Department of Health & Human Services. Service was effectuated by U.S. certified, first-class mail. On September 9, 2024, Lynn Giedlin served the summons and copy of the complaint on the U.S. Attorney General. Service was effectuated by U.S. certified, first-class mail. On September 11, 2024, Lynn Giedlin served the summons and copy of the complaint on the Civil Process Clerk for the U.S. Attorney for the Middle District of Alabama. Service was effectuated by U.S. certified, first-class mail.

2. The complaint was served on Defendant Xavier Becerra, as Secretary of the Department of Health & Human Services by certified mail/return receipt at 200 Independence Ave., SW, Washington, D.C. 20201 and it was received and signed for by Ross on September 16, 2024. True and correct copies of the certified mail and return receipt are included within the attached Exhibit A.

3. The complaint was served on Defendant Carole Johnson, as Administrator of the Health Resources & Services Administration by certified mail/return receipt at 200 Independence Ave., SW, Washington, D.C. 20201 and it was received and signed for by Ross on September 16, 2024. True and correct copies of the certified mail and return receipt are included within the attached Exhibit A.

4. The complaint was served on Defendant the Health Resources & Services Administration at 200 Independence Ave., SW, Washington, D.C. 20201 by certified mail/return receipt and it was received and signed for by Ross on September 16, 2024. True and correct copies of the certified mail and return receipt are included within the attached Exhibit A.

5. The complaint was served on the U.S. Department of Health & Human Services at 200 Independence Ave., SW, Washington, D.C. 20201 by certified mail/return receipt and it was received and signed for by Ross on September 16, 2024. True and correct copies of the certified mail and return receipt are included within the attached Exhibit A.

6. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 23, 2024.

Respectfully submitted,

/s/ *Kenneth J. Riemer*
KENNETH J. RIEMER (RIEMK8712)
RIEMER LAW LLC
2153 Airport Boulevard
Mobile, Alabama 36606
Phone: (251) 432-9212
Email: kjr@Riemer-Law.com

Constance Van Kley
Van Kley Law PLLC

Rylee Sommers-Flanagan
Molly Danahy
Upper Seven Law

Daniel A. Zibel
Alexander S. Elson
National Student Legal Defense Network

Anna Singleton
Chehardy, Sherman, Williams,
Recile & Hayes, LLP

*Attorneys for Plaintiff*