



USPS TRACKING #

9590 9402 9046 4122 5197 88

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box●

Kenneth J. Riemer
RIEMER LAW, LLC
2153 Airport Blvd.
Mobile, AL 36606

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Clements v. US



USPS Return Receipt (PS Form 3811) addressed to Health Resources & Services Administration, c/o General Counsel, Dept of Health and Human Services, 200 Independence Ave., S.W., Washington, D.C. 20201. Article number: 9590 9402 9046 4122 5197 71. Tracking: 9589 0710 5270 2320 2869 94.



USPS TRACKING #

9590 9402 9046 4122 5197 71

United States Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Kenneth J. Riemer
RIEMER LAW, LLC
2153 Airport Blvd.
Mobile, AL 36606

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10



# SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States Department of Health & Human Services
c/o General Counsel, Dept of Health and Human Services
200 Independence Ave., S.W.
Washington, D.C. 20201

9590 9402 9046 4122 5197 95

2. Article Number (Transfer from service label)

7589 0710 5270 2320 2869 70

PS Form 3811, July 2020 PSN 7530-02-000-9053

# COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



0567-RAH-SMD   Document 18-1   Filed 09/23/2...

USPS TRACKING #

9590 9402 9046 4122 5197 95

United States Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Kenneth J. Riemer
RIEMER LAW, LLC
2153 Airport Blvd.
Mobile, AL 36606

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Xavier Becerra, as Secretary of the Dept.
of Health, & Human Services
c/o General Counsel, Dept of Health and
Human Services
200 Independence Ave., S.W.
Washington, D.C. 20201

9590 9402 9046 4122 5198 01

2. Article Number (Transfer from service label)
9589 0710 5270 2320 2869 63

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)　C. Date of Delivery
9/16/2(?)

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053　Domestic Return Receipt



**United States Postal Service**

9590 9402 9046 4122 5198 01

USPS TRACKING #

- Sender: Please print your name, address, and ZIP+4® in this box•

Kenneth J. Riemer
RIEMER LAW, LLC
2153 Airport Blvd.
Mobile, AL 36606

Clements v. US

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10