**UNITED STATES DISTRICT COURT,**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| HALEY CLEMENTS,<br><br>*Plaintiff*,<br><br>vs.<br><br>XAVIER BECERRA, as Secretary of the Department of Health & Human Services; the UNITED STATES DEPARTMENT OF HEALTH & HUMAN SERVICES, a federal department; CAROLE JOHNSON, as Administrator of the Health Resources & Services Administration; and the HEALTH RESOURCES & SERVICES ADMINISTRATION, a federal agency,<br><br>*Defendants*. | No. 2:24-cv-00567-RAH-SMD |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Haley Clements hereby gives notice that this action is voluntarily dismissed.

On June 30, 2023, Defendant Health Resources & Services Administration ("HRSA") denied Plaintiff's request for a waiver of her National Health Service Corps ("NHSC") Rural Community Loan Repayment Program service obligation. *See* Ex. A (Waiver Denial). On September 5, 2024, Plaintiff filed this action. Three weeks later, on September 26, 2024, HRSA notified Plaintiff that it had determined it would be against equity and good conscience to require her to pay her debt. For that reason, the agency waived in full her NHSC service obligation and the total amount of her debt, $237,535.20. *See* Ex. B (Waiver Approval).

Defendants have not filed any Answer, Motion for Summary Judgment, or other dispositive motion in this action. Accordingly, Plaintiff hereby dismisses this action without prejudice.

Respectfully submitted this 9th day of December, 2024.

/s/ *Kenneth J. Riemer*
KENNETH J. RIEMER (RIEMK8712)
RIEMER LAW LLC
2153 Airport Boulevard
Mobile, Alabama 36606
Phone: (251) 432-9212
Email: kjr@Riemer-Law.com

Constance Van Kley*
Van Kley Law PLLC

Rylee Sommers-Flanagan*
Molly Danahy*
Upper Seven Law

Daniel A. Zibel*
Alexander S. Elson*
National Student Legal Defense Network

Anna Singleton*
Chehardy, Sherman, Williams,
Recile & Hayes, LLP

*Attorneys for Plaintiff*
**Admitted* pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this foregoing pleading has been served upon the on all parties via this Court's CM/ECF electronic filing system on December 9, 2024.

/s/ *Kenneth J. Riemer*
KENNETH J. RIEMER (RIEMK8712)