IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HALEY CLEMENTS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:24-cv-00567-RAH |
| | ) |
| XAVIER BECERRA, as Secretary of the Department of Health & Human Services, *et al.*, | ) ) ) |
| | ) |
| Defendants, | ) |

## ORDER

Upon consideration of the Plaintiff's *Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i)*, which comports with Federal Rule of Civil Procedure 41(a)(1)(A)(i), it is **ORDERED** that this action is **DISMISSED without prejudice**.

All pending deadlines are terminated. The Clerk of Court is **DIRECTED** to close the case.

DONE, on this the 10th day of December 2024.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE